In the Matter of the Accounting of FRANK H. FISHER, as Committee of VINCENT VOLKMAR, an Incompeten Person, Respondent.

EUGENE RAINES, as Special Guardian for VINCENT VOLKMAR, an Incompetent Person, Appellant; LENA VOLKMAR et al., Respondents.

Argued November 21, 1938; decided November 29, 1938.

*Ira H. Moris* for motion.
*Eugene Raines* opposed.
Motion denied.